1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**
Attorneys at Law
1400 E. Southern Ave., Suite 400
Tempe, Arizona 85282-5691
(480) 427-2800, Facsimile (480) 427-2801
minuteentries@carpenterhazlewood.com
Michelle.Wellnitz@carpenterhazlewood.com
Michelle B. Wellnitz – 326065
IQDATA.53
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

KAYLA M. WOOD,

          **Plaintiff,**

vs.

I.Q. DATA INTERNATIONAL, INC.,

          **Defendant.**

Case No. 2:21-cv-08601-JFW-JC

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS**

**HEARING DATE:  February 7, 2022**
**HEARING TIME:  1:30 p.m.**
**JUDGE:            Hon. John F. Walter**
**COURTROOM:      7A**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE THAT,** on February 7, 2022 at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable John F. Walter, United States District Judge for the Central District of California, Western Division, located in Courtroom 7A, 350 W. 1st Street, Los Angeles, California 90012, Defendant I.Q. Data International, Inc. ("IQ Data") will and hereby does move the Court to dismiss Plaintiff's Complaint for Damages (Doc. No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and Federal Rule of

Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. IQ Data's Motion to Dismiss ("Motion") is made following the conference of counsel pursuant to L. R. 7-3 which took place on December 8, 2021.

As set forth in the accompanying Memorandum of Points and Authorities, there is good cause for the relief requested. This Court does not have subject matter jurisdiction over Count I of the Complaint because Plaintiff has failed to plead in any detail how she suffered a concrete injury sufficient for standing to sue under Article III of the U. S. Constitution. As for Count II, Plaintiff fails to state a claim upon which relief can be granted because the debt obligation upon which Plaintiff bases her California Rosenthal Act claims is not a consumer debt arising from a consumer credit transaction as statutorily defined.

Therefore, IQ Data requests that the Court dismiss Plaintiff's Complaint in its entirety, and all claims therein, with prejudice, for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1), and for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this matter, and upon such matters as may be presented to the Court at the time of the hearing or otherwise.

RESPECTFULLY SUBMITTED this 5th day of January 2022

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**

By:   /s/ Michelle B. Wellnitz
Michelle B. Wellnitz, Esq.
1400 E. Southern Avenue, Suite 400
Tempe, Arizona 85282
*Attorneys for Defendant I.Q. Data International, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on January 5, 2022 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Nicholas M. Wajda
Wajda Law Group, APC
6167 Bristol Parkway
Suite 200
Culver City, California 90230
*Attorneys for the Plaintiff*

By*: /s/ Theresa Laubenthal*