1 | **CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**
2 | Attorneys at Law
3 | 1400 E. Southern Ave., Suite 400
4 | Tempe, Arizona 85282-5691
5 | (480) 427-2800, Facsimile (480) 427-2801
6 | minuteentries@carpenterhazlewood.com
7 | Michelle.Wellnitz@carpenterhazlewood.com
8 | Michelle B. Wellnitz – 326065
9 | IQDATA.53
10 | *Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **KAYLA M. WOOD,** | Case No. 2:21-cv-08601-JFW-JC |
| **Plaintiffs,** | **JOINT STATEMENT REGARDING LOCAL RULE 7-3 CONFERENCE** |
| vs. | |
| **I.Q. DATA INTERNATIONAL, INC.,** | JUDGE: Hon. John F. Walter |
| **Defendant.** | |

Pursuant to Paragraph 5(b) of this Court's Standing Order, Plaintiff and Defendant (jointly, the "Parties") respectfully submit this joint statement concerning their Local Rule 7-3 conference in connection with Defendant's anticipated motion to dismiss.

The Parties engaged in a meet and confer telephone conference on Wednesday, December 8, 2021. The telephone conference lasted approximately fifteen minutes. The participants were Michelle Wellnitz, Jonathan Ebertshauser, and Mohammed Badwan. During that telephone conference, counsel for Defendant described the claims on which they expect to seek dismissal and the general bases for their motion in light of recent case law supporting dismissal of the same. In light of this conversation, counsel for Plaintiff informed Defendant's counsel that he would speak

with Plaintiff as to these considerations and the possibility of amending the Complaint to eliminate the need for Defendant's motion to dismiss. In connection therewith, Plaintiff's counsel granted Defendant an additional extension to respond to the Complaint, should it be necessary while Plaintiff's counsel contacted and conferred with Plaintiff.

In connection with the Parties' meet and confer teleconference, on December 13, 2021, Defendant's counsel emailed Plaintiff's counsel to follow up on whether he had the opportunity to speak with Plaintiff as to the considerations discussed during the teleconference. On December 15, 2021, Defendant's counsel emailed Plaintiff's counsel the seeking permission to sign and file the Stipulation to Extend Time to Response to the Initial Complaint on their behalf. Plaintiff's counsel responded on December 15, 2021, confirming their consent to file the stipulation and conveying the information that they are still working on getting an answer on whether they will be amending the Complaint. *See* Stipulation to Extend Time to Response to the Initial Complaint, Dkt. 13.

On December 21, 2021, Defendant's counsel emailed Plaintiff's counsel to follow up on whether they will be amending the Complaint. No response was received so Defendant's counsel emailed Plaintiff's counsel on December 28, 2021 to follow up again. On December 30, 2021, Plaintiff's counsel responded informing Defendant's counsel that they have been having trouble reaching Plaintiff such that perhaps Defendant should just file its motion to dismiss.

During the Parties' initial meet and confer teleconference and all subsequent correspondence, the Parties conferred in good faith to discuss the motion to dismiss, reviewed the claims on which Defendant anticipates to move for dismissal, and also explored possible means for narrowing the issues for the Court's adjudication or eliminating the need for the motion to dismiss altogether. The Parties did not agree upon any measures to narrow the claims or issues for the Court's consideration.

RESPECTFULLY SUBMITTED this 6th day of January 2022.

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**

By: /s/ Michelle B. Wellnitz
Michelle B. Wellnitz, Esq.
1400 E. Southern Avenue, Suite 400
Tempe, Arizona 85282
*Attorneys for Defendant I.Q. Data International, Inc.*

**SULAMAN LAW GROUP LTD**

By: /s/ Nicholas M. Wajda (w/permission)
Nicholas M. Wajda
Wajda Law Group, APC
6167 Bristol Parkway
Suite 200
Culver City, California 90230
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2022 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Nicholas M. Wajda
Wajda Law Group, APC
6167 Bristol Parkway
Suite 200
Culver City, California 90230
*Attorney for the Plaintiff*

By:/s/ Theresa Laubenthal