**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.  **CV 21-8601-JFW(JCx)** | Date: January 7, 2022 |

Title: Kayla M. Wood -v- IQ Data International, Inc.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE RE: SANCTIONS**

    In the Joint Statement Regarding Local Rule 7-3 Conference ("Joint Statement"), filed January 6, 2022 (Docket No. 22), counsel for Plaintiff Kayla M. Wood ("Plaintiff") and Defendant I.Q. Data International, Inc. ("Defendant") represent that during the parties' telephonic meet and confer conference on December 8, 2021, counsel for Plaintiff stated that he would speak with Plaintiff about the possibility of amending the Complaint to eliminate the need for Defendant to file a motion to dismiss.  However, on December 30, 2021, after defense counsel emailed Plaintiff's counsel to inquire if Plaintiff would be amending her Complaint, Plaintiff's counsel stated "that they had been having trouble reaching Plaintiff such that perhaps Defendant should just file its motion to dismiss."  Joint Statement, 2:20-21.

    Accordingly, Plaintiff is ordered to show cause, in writing, by January 10, 2022, why the Court should not impose sanctions in the amount of $1,500 against Plaintiff for Plaintiff's failure to participate in good faith in the meet and confer conference as required by the Local Rules and the Court's Standing Order.  No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

    IT IS SO ORDERED.