Nicholas M. Wajda (Cal. Bar No. 259178)
**WAJDA LAW GROUP, APC**
6167 Bristol Parkway Suite 200
Culver City, California 90230
310-997-0471
nick@wajdalawgroup.com

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KAYLA M. WOOD<br><br>Plaintiff,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 2:21-cv-08601-JFW-JC<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND TO CONTINUE HEARING**<br><br>Hearing Date: February 28, 2022<br>Hearing Time: 1:30pm<br>Judge: Hon. John F. Walter<br>Courtroom: 7A |

**PLEASE TAKE NOTICE** that on February 21, 2022 at 1:30pm, or as soon thereafter as the matter may be heard, before the Honorable John F. Walter, located in Courtroom 7A, 350 W. 1st Street, Los Angeles, California 90012, Plaintiff will present her Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and to Continue Hearing. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 18, 2022.

**NOW COMES** Plaintiff KAYLA M. WOOD ("Plaintiff"), by and through her undersigned counsel, bringing this Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and to Continue Hearing and in support thereof, stating as follows:

1. On October 30, 2021 Plaintiff this instance action [Dkt. 1].

2. On December 3, 2021 and December 15, 2021 Defendant filed a Stipulation for Extension of Time to File an Answer to Plaintiff's Complaint. [Dkt. 11 and 12.].

3. On January 3, 2022 Defendant filed its Answer and Motion to Dismiss Plaintiff's Complaint. [Dkt. 14].

4. Pursuant to local rules Plaintiff's response to the Motion to Dismiss is due on January 18, 2022.

5. Furthermore, the hearing from the Motion to Dismiss is currently scheduled for February 7, 2022.

6. Plaintiff's counsel informed Defense Counsel on January 17, 2022 of their intent to move to Amend Plaintiff's complaint.

7. Specifically, Plaintiff is planning on requesting leave to file her amended complaint which will address the Motion to Dismiss by removing the claim surrounding the Motion to Dismiss, thus mooting to hearing and all additional deadlines associated with the Motion to Dismiss.

8. Plaintiff's counsel was informed by Defense counsel on January 18, 2022 that they object to Plaintiff's Motion to file an Amended Complaint.

9. Plaintiff is requesting a 14 day extension to respond to the Motion to Dismiss to allow time under local rule 7.3 to meet and confer with Defense counsel in relation to Plaintiff's Motion to Amend Complaint.

10. Here, no good cause exists to deny Plaintiff's request to extend time to respond to Defendant's motion.

11. Specifically, Plaintiff's eventual amendment would not unduly prejudice Defendant because this litigation is in its early stages and the amendment will not impact any deadlines previously set by the Court as the briefing schedule regarding the Motion to Dismiss would be moot.

12. Furthermore, the scheduling conference has not be held to date.

13. Accordingly, the interests of justice dictate that Plaintiff should be afforded the opportunity extend time to respond to Defendant's Motion in order to allow time under local rule 7.3 to meet and confer with Defense counsel regarding her amended complaint.

14. Plaintiff seeks this extension in good faith and this is Plaintiff's first request for an extension.

15. Pursuant to Local Rule 7.3, Plaintiff's counsel has conferred with Defendant's counsel and Defendant's counsel indicated that they object to Plaintiff's request for an extension to reply to Defendant's Motion to Dismiss.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court to enter an order granting Plaintiff's 14 day extension to respond to Defendant's Motion to Dismiss, Continue the current hearing scheduled for February 7, 2022 and grant any further relief the Court deems just and proper.

Dated: January 18, 2022                    Respectfully submitted,

*/s/ Nicholas M. Wajda*
**WAJDA LAW GROUP, APC**
Nicholas M. Wajda
Cal. Bar No. 259178
6167 Bristol Parkway, Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Nicholas M. Wajda, certify that on January 18 2022, I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

*/s/ Nicholas M. Wajda*