# DENIED

BY ORDER OF THE COURT

AS MOOT

1/24/2022

*[signature: John F. Walter]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| KAYLA M. WOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. 2:21-cv-08601-JFW-JC<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR PLAINTIFF'S AND DEFENDANT'S COUNSEL TO APPEAR TELEPHONICALLY AT THE SCHEDULING CONFERENCE<br><br>Date:   January 31, 2022<br>Time:  1:15 p.m.<br>Judge: Hon. John F. Walter |

The Court, having considered the Stipulated Motion to Appear Telephonically at the Scheduling Conference currently scheduled for Monday, January 31, 2022 at 1:15 p.m., and good cause appearing.

**IT IS HEREBY ORDERED** that counsel for Plaintiff and counsel for Defendant shall appear telephonically at the Scheduling Conference.

DATED this ____ day of January 2022.

_____
Honorable John F. Walter
United States District Judge

1