**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**
Attorneys at Law
1400 E. Southern Ave., Suite 400
Tempe, Arizona 85282-5691
(480) 427-2800, Facsimile (480) 427-2801
minuteentries@carpenterhazlewood.com
Michelle.Wellnitz@carpenterhazlewood.com
Michelle B. Wellnitz – 326065
IQDATA.53
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **KAYLA M. WOOD,**<br><br>  **Plaintiff,**<br><br>vs.<br><br>**I.Q. DATA INTERNATIONAL, INC.,**<br><br>  **Defendant.** | Case No. 2:21-cv-08601-JFW-JC<br><br>**STIPULATED MOTION FOR PLAINTIFF'S AND DEFENDANT'S COUNSEL TO APPEAR TELEPHONICALLY AT THE MOTION TO DISMISS HEARING**<br><br>**Date:**  **February 7, 2022**<br>**Time:**  **1:30 p.m.**<br>**Judge:**  **Hon. John F. Walter** |

The Parties, through undersigned counsel, jointly request that their respective counsel be permitted to appear telephonically at the hearing for Defendant's Motion to Dismiss currently scheduled for Monday, February 7, 2022 at 1:30 p.m. before the Honorable John F. Walter.

The Parties respectfully stipulate to this request for telephonic appearance as travel to the Court's location in Los Angeles, California would pose potential risks associated with the COVID-19 virus and ongoing pandemic. The Parties assert that

appearing telephonically will not hinder the Motion to Dismiss hearing and certify that this request to appear telephonically is made in good faith and not for purposes of delay.

RESPECTFULLY SUBMITTED this 28th day of January 2022.

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**

By:   /s/ Michelle B. Wellnitz
          Michelle B. Wellnitz, Esq.
          1400 E. Southern Avenue, Suite 400
          Tempe, Arizona 85282
          *Attorneys for Defendant I.Q. Data International, Inc.*

**SULAMAN LAW GROUP LTD**

By:   /s/ Mohammed O. Badwan (w/permission)
          Mohammed O. Badwan, Esq.
          Sulaiman Law Group, Ltd.
          Attorneys At Law
          2500 S. Highland Ave., Suite 200
          Lombard, Illinois 60148
          *Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2022 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Nicholas M. Wajda
Wajda Law Group, APC
6167 Bristol Parkway
Suite 200
Culver City, California 90230
*Attorney for the Plaintiff*

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
Attorneys At Law
2500 S. Highland Ave., Suite 200
Lombard, Illinois 60148
*Attorney for the Plaintiff*

By*: /s/ Theresa Laubenthal*

Stipulated Motion to Appear Telephonically
At Motion to Dismiss Hearing
Case No. 2:21-cv-08601-JFW-JC