**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**
Attorneys at Law
1400 E. Southern Ave., Suite 400
Tempe, Arizona 85282-5691
(480) 427-2800, Facsimile (480) 427-2801
minuteentries@carpenterhazlewood.com
Michelle.Wellnitz@carpenterhazlewood.com
Michelle B. Wellnitz – 326065
IQDATA.53
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **KAYLA M. WOOD,**<br><br>Plaintiff,<br><br>vs.<br><br>**I.Q. DATA INTERNATIONAL, INC.,**<br><br>Defendant. | Case No. 2:21-cv-08601-JFW-JC<br><br>**DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**<br><br>HEARING DATE: March 7, 2022<br>HEARING TIME: 1:30 p.m.<br>JUDGE: Hon. John F. Walter<br>COURTROOM: 7A |

Pursuant to L.R. 7-9 and Paragraph 5(g) of this Court's Standing Order, Defendant, I.Q. Data International, Inc. ("Defendant"), though undersigned counsel, hereby submits its Notice of Non-Opposition to Plaintiff's Motion to Amend Complaint ("Motion to Amend"). Notice is hereby given that Defendant does not oppose: (1) the granting of Plaintiff's Motion to Amend; (2) vacating the February 7, 2022 hearing on Defendant's Motion to Dismiss as moot; and (3) the striking of the briefing schedule associated with Defendant's Motion to Dismiss as moot.

As stated in the Motion to Amend, Plaintiff's Proposed Amended Complaint shall withdraw the FDCPA and RFDCPA claims that are the subject of Defendant's

1  Motion to Dismiss.  Notwithstanding, notice is hereby given that Defendant has been
2  prejudiced by Plaintiff's failure to participate in the L.R. 7-3 conference held in
3  advance of filing the Motion to Dismiss, which would have alleviated Defendant's
4  need to the subject motion, the subsequent procedural motions necessary to rectify the
5  deficiencies in Plaintiff's Complaint and accomplish the amendment Plaintiff is now
6  seeking, and the attorneys' fees that resulted from having to take the aforementioned
7  actions.   Based on the foregoing, Defendant asserts that sanctions against Plaintiff in
8  the amount of Defendant's attorney's fees and costs incurred in filing its Motion to
9  Dismiss and any attorney's fees this Court may award related to the Court's Order to
10 Show Cause as to the Court's contemplated sanctions against Plaintiff are appropriate
11 in light of the failure to participate in the L.R. 7-3 conference.

RESPECTFULLY SUBMITTED this 3rd day of February 2022.

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**

By:   /s/ Michelle B. Wellnitz
      Michelle B. Wellnitz, Esq.
      1400 E. Southern Avenue, Suite 400
      Tempe, Arizona 85282
      *Attorneys for Defendant I.Q. Data International, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2022 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Nicholas M. Wajda
Wajda Law Group, APC
6167 Bristol Parkway
Suite 200
Culver City, California 90230
*Attorneys for the Plaintiff*

2    Defendant's Notice of Non-Opposition to
     Plaintiff's Motion to Amend Complaint
     Case No. 2:21-cv-08601-JFW-JC

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
Attorneys At Law
2500 S. Highland Ave., Suite 200
Lombard, Illinois 60148
*Attorney for the Plaintiff*

By*:* /s/ Theresa Laubenthal

3   Defendant's Notice of Non-Opposition to
Plaintiff's Motion to Amend Complaint
Case No. 2:21-cv-08601-JFW-JC