| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KAYLA M. WOOD, | | |
| | Plaintiff, | Case No. 2:21-cv-08601-JFW-JC |
| v. | | **PROPOSED ORDER STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| IQ DATA INTERNATIONAL, INC., | | |
| | Defendant. | |

Plaintiff, KAYLA M. WOOD, and Defendant, IQ DATA INTERNATIONAL, INC., having filed with this Stipulation for Dismissal with prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. The Stipulation is approved. The action IQ DATA INTERNATIONAL, INC. is hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

DATED: _____          _____

1

UNITED STATES DISTRICT JUDGE
John F. Walter

2